**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **PRADIPKUMAR KUMAR NAYI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1937-KC** |
| | § | |
| **WARDEN, CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered Pradipkumar Kumar Nayi's Petition for a Writ of Habeas Corpus, ECF No. 1. Nayi is a citizen of India who entered the United States on September 16, 2025. *Id.* ¶ 8. "He was apprehended by authorities shortly after his entry and has been in continuous immigration detention since that date." *Id.* ¶ 9. Nayi is currently detained at Camp East Montana in El Paso, Texas. *Id.* ¶ 4. On April 10, 2026, Nayi received a bond hearing, at which an Immigration Judge ("IJ") denied bond. *Id.* ¶ 12. Although the IJ denied bond for "lack[ of] jurisdiction," the IJ "made an alternate finding that [Nayi] was a flight risk because he lacked sufficient ties to the United States." *Id.* ¶ 13. Nayi disagrees with the IJ's flight risk determination. *See id.* ¶¶ 14–15.

This Court, however, lacks jurisdiction to sit in review of an IJ's discretionary finding that an alien is a flight risk [or danger] and therefore should be denied bond. *Lopez-Arevelo v. Ripa*, 801 F. Supp. 3d 668, 678–79 (W.D. Tex. 2025) (citation omitted). In other words, whether the Court agrees with the IJ's determination of Nayi's flight risk is of no importance—the Court simply lacks jurisdiction. As Nayi has received an individualized custody determination before an IJ, there is no issue for the Court to decide.

Nayi is also not subject to a final order of removal, which would trigger a new claim and different reasonableness standard for prolonged detention. *See generally* Pet.; *Zadvydas v. Davis*, 533 U.S. 678, 689–90 (2001). Thus, his Petition does not raise any viable claims at this time.

Accordingly, the Court **ORDERS** that Nayi's Petition, ECF No. 1, is **DISMISSED** without prejudice to refiling if any new claims accrue.

**IT IS FURTHER ORDERED** that the Motion, ECF No. 2, is **DENIED** as moot.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 29th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE